UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

H. DAVID WALLICK AND
PHYSICIANS' CHOICE, USA, LLC,

    Plaintiffs,

vs.                                      Case No. 8:04-CV-948-T-27MSS

RICHARD BLACKFORD, et al.,

    Defendant.
_____/

## ORDER

On April 27, 2005, this Court entered an Order directing Plaintiff, Physicians' Choice, USA, LLC ("Physicians' Choice") to appear at a status conference scheduled for June 21, 2005. (Dkt. 90). The Order stated: "FAILURE OF PLAINTIFFS TO APPEAR AT SAID CONFERENCE ... SHALL RESULT IN THE DISMISSAL OF THIS CAUSE." (Dkt. 90). The Order further stated: "Physicians' Choice, USA, LLC shall have fifteen (15) days from the date of this Order to obtain substitute counsel of record. *See Telepower Communications, Inc. v. LTI Vehicle Leasing Corp.*, 658 So. 2d 1026 (Fla. 4th DCA 1995) (corporations must be represented by counsel and may not proceed *pro se*). Should Plaintiff fail to do so, this cause shall be dismissed without further notice from the Court." (Dkt. 90).

Physicians' Choice failed to appear at the status conference and has failed to retain counsel. The parties present at the status conference did not object to dismissal of Physicians' Choice.

1

Therefore, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** as to Plaintiff, Physicians' Choice, USA, LLC.

**DONE AND ORDERED** in chambers this 22nd day of June, 2005.

> JAMES D. WHITTEMORE
> United States District Judge

Copies to:
Counsel of Record
*Pro se* Plaintiff: Physicians' Choice, USA, LLC, c/o Dia Hernandez, 956 Day Road, Sykesville, MD 21784

2