UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

H. DAVID WALLICK, *et al.*,

Plaintiffs,

vs.   Case No. 8:04-cv-948-T-27MSS

RICHARD BLACKFORD, *et al.*,

Defendants.

## ORDER

This cause is before the Court for consideration of Defendant, Steven S. Harvey, M.D.'s Motion to Compel Answers to Interrogatories and to Impose Sanctions. (Dkt. 114). The interrogatories at issue were served on Plaintiff, H. David Wallick on July 29, 2005. To date Mr. Wallick has failed either to respond to the interrogatories or to file a response to Dr. Harvey's Motion to Compel within the required time. Therefore, it is **ORDERED** that:

Defendant's Motion to Compel (Dkt. 114) is **GRANTED**. Mr. Wallick has ten (10) days from the date of this Order to provide his responses to Dr. Harvey. In addition, Mr. Wallick shall bear all costs, including attorney's fees associated with the bringing of the Motion to Compel.

DONE and ORDERED on this 5th day of October 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Judge James D. Whittemore